IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**BILLY RAY MURPHY,**

    **Plaintiff,**

**v.**   **CIVIL ACTION NO. 1:09CV72**
    **(Judge Keeley)**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

### ORDER ADOPTING MAGISTRATE JUDGE'S OPINION/REPORT AND RECOMMENDATION

Pursuant to 28 U.S.C. §636(b)(1)(B), Rule 72(b), Federal Rules of Civil Procedure and Local Court Rule 4.01(d), on May 27, 2009, the Court referred this Social Security action to United States Magistrate Judge David J. Joel with directions to submit proposed findings of fact and a recommendation for disposition.

On January 4, 2010, Magistrate Judge Joel filed his "Report and Recommendation to the District Judge Recommending that the District Court Grant Defendant's Motion for Summary Judgment [12], Deny Plaintiff's Motion for Summary Judgment [10], and Affirm the Decision of the Administrative Law Judge" ("R&R"), and directed the parties, in accordance with 28 U.S.C. §636(b)(1) and Rule 6(e), Fed. R. Civ. P., to file with the Clerk of Court any written

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

objections within ten (10) days after being served with a copy of the R&R. He further directed the parties that failure to file objections would result in a waiver of the right to appeal from the judgment of this Court.  The parties did not file any objections.

Upon consideration of Magistrate Judge Joel's recommendation and having received no written objections,[1] the Court accepts and approves the R&R and **ACCEPTS** Magistrate Judge Joel's R&R in whole and **ORDERS** this civil action disposed of in accordance with the recommendation of the Magistrate Judge.  Accordingly,

1. the Commissioner's motion for Summary Judgment (dkt. no. 12) is **GRANTED**;

2. the plaintiff's motion for Summary Judgment (dkt. no. 10) is **DENIED**; and

3. this civil action is **DISMISSED WITH PREJUDICE** and **RETIRED** from the docket of this Court.

---

[1] Murphy's failure to object to the Report and Recommendation not only waives his appellate rights in this matter, but also relieves the Court of any obligation to conduct a *de novo* review of the issues presented. See Wells v. Shriners Hospital, 109 F.3d 198, 199-200 (4th Cir. 1997); Thomas v. Arn, 474 U.S. 140,148-153 (1985).

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATION**

Pursuant to Fed.R.Civ.P. 58, the Court directs the Clerk of Court to enter a separate judgment order and to transmit copies of this Order to counsel of record.

DATED: January 25, 2010.

                                        /s/ Irene M. Keeley
                                        IRENE M. KEELEY
                                        UNITED STATES DISTRICT JUDGE